**REAL ESTATE LAW GROUP LLP**
JASON L. HOFFMAN (Bar No. 179924)
700 University Ave., Suite 100
Sacramento, California 95825
Telephone: (916) 484-2600
Facsimile: (916) 484-2601
jhoffman@relglaw.com

Attorneys for Defendants Sundeep S. Dale, Rohit Ranchhod, Dale Investments, LLC, Sundeep Dale, LLC, California Fruit Building, LCC, and American Hospitality Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| AFC REALTY CAPITAL, INC. <br><br> Plaintiff <br><br> v. <br><br> SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC. <br><br> Defendants | Case No. 2:18-cv-02389-MCE-EFB <br><br> **STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 144, Plaintiff AFC Realty Capital, Inc. ("**Plaintiff**") and Defendants Sundeep S. Dale, Rohit Ranchhod, Dale Investments, LLC, Sundeep Dale, LLC, California Fruit Building, LCC, and American Hospitality Services, Inc. (collectively, "**Defendants**") stipulate as follows:

59680

1. WHEREAS, Plaintiff filed a Complaint in United States District Court, Eastern District and a First Amended Complaint on April 15, 2019;

2. WHEREAS, pursuant to a Minute Order issued by Relief Courtroom Deputy G. Michel for District Judge Morrison C. England, Jr. dated August 5, 2019, this Court denied Defendants' Motion to Dismiss the First Amended Complaint;

3. WHEREAS, the Court's Order of August 5, 2019 did not set a date that the Defendants must file a response to the First Amended Complaint;

4. WHEREAS, the case has not been set for trial, Defendants have not filed a response to the First Amended Complaint, and there has not been a prior request to extend the time to respond to the First Amended Complaint.

5. WHEREAS, the parties stipulate that Defendants' time to respond to the First Amended shall be extended up to and include September 3, 2019.

6. WHEREAS, in the interest of justice and in an effort to enhance judicial efficiency and preserve resources, the parties desire to allow defendants additional time in which to respond to the First Amended Complaint;

Based on the foregoing, the parties stipulate that Defendants' time to respond to the First Amended Complaint shall be extended up to and including September 3, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 12, 2019

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

/s/  Daniel Baxter

_____

BY:     DANIEL BAXTER
Attorneys for Plaintiff

59680

Dated: August 12, 2019           REAL ESTATE LAW GROUP LLP


                                  /s/ Jason L. Hoffman
                                  _____
                                  BY:     JASON L. HOFFMAN
                                  Attorneys for Defendants



## ORDER

    In accordance with the foregoing stipulation, and good cause appearing, Defendants' time to respond to the First Amended Complaint shall be extended up to and including September 3, 2019.

    IT IS SO ORDERED.

Dated:  August 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

59680

STIPULATION EXTEND TIME RESPOND

**REAL ESTATE LAW GROUP LLP**
JASON L. HOFFMAN (Bar No. 179924)
700 University Ave., Suite 100
Sacramento, California 95825
Telephone: (916) 484-2600
Facsimile: (916) 484-2601
jhoffman@relglaw.com

Attorneys for Defendants SUNDEEP S. DALE, ROHIT RANCHHOD, DALE INVESTMENTS, LLC, SUNDEEP DALE, LLC, CALIFORNIA FRUIT BUILDING, LLC, and AMERICAN HOSPITALITY SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AFC REALTY CAPITAL, INC. <br><br> Plaintiff <br><br> v. <br><br> SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC. <br><br> Defendants | Case No. 2:18-cv-02389-MCE-EFB <br><br> **PROOF OF SERVICE** |

59680

3

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 700 University Ave., Suite 100, Sacramento, California 95825. On the date set forth below, I served the within documents on the following interest parties in this case:

**STIPULATION AND ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**

_X_ By transmitting via E-mail the above-listed document(s) to the e-mail addresses set forth below on this date.

_____By placing the document(s) listed above in a sealed envelope, and placed the same with the firm's mailing room personnel for mailing in the United States mail at Sacramento, California in accordance with the firm's ordinary practices, and addressed as set forth below.

_____ By personally delivering the document(s) listed above to the person(s) listed below at the corresponding address listed.

***Attorney for Plaintiff***
Daniel L. Baxter
Wilke, Fleury, Hoffalt, Gould & Birney, LLP
dbaxter@wilkefleury.com
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of August, 2019, in Sacramento, California,

By: _/s/ Jason L. Hoffman_
Jason L. Hoffman

59680