WILKE FLEURY LLP
DANIEL L. BAXTER (SBN 203862)
dbaxter@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Plaintiff
AFC REALTY CAPITAL, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AFC REALTY CAPITAL, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC.,<br><br>            Defendants. | Case No. 2:18-cv-02389-MCE-EFB<br><br>**SECOND STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

## **RECITALS**

On January 27, 2020, the Court entered an order modifying the pretrial deadlines in the captioned matter, including setting the completion of percipient witness discovery for April 15, 2020. (CM/ECF Doc. No. 30).  However, due to the parties' inability to seasonably complete depositions as a result of COVID-19-related restrictions, the parties wish to extend the deadline for percipient witness discovery, with remaining discovery and pretrial deadlines continued accordingly.

## **STIPULATION**

Based on the above, the parties HEREBY STIPULATE AND AGREE that the below-referenced case deadlines shall be modified as follows:

1. The deadline for percipient witness discovery shall be continued from April 15, 2020 to October 16, 2020;

2. Any expert witness disclosures shall be served not later than 60 days after the close of percipient witness discovery, and any party may serve supplemental disclosures (consistent with the substantive limitations imposed by the Federal Rules of Civil Procedure) within 30 days after initial expert disclosures;

3. Dispositive motions shall be filed no later than 60 days after the close of non-expert discovery; and

4. The parties shall file a Joint Notice of Trial Readiness not later than 30 days after receiving this Court's ruling on the last-filed dispositive motion.

IT IS SO STIPULATED.

DATED: May 27, 2020          WILKE FLEURY LLP

                             By:      /s/ Daniel L. Baxter
                                  DANIEL L. BAXTER
                                  Attorneys for Plaintiff
                                  AFC REALTY CAPITAL, INC.

DATED: May 27, 2020          REAL ESTATE LAW GROUP LLP

                             By:      /s/ Jason L. Hoffman
                                  JASON L. HOFFMAN
                                  Attorneys for Defendant
                                  SUNDEEP S. DALE et al.

**ORDER**

IT IS SO ORDERED.

Dated: June 2, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE