UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFC REALTY CAPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SUNDEEP S. DALE, et al.,<br><br>Defendants. | No. 2:18-cv-02389-MCE-EFB<br><br>**THIRD STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

On June 2, 2020, the Court entered an order modifying the pretrial deadlines in the captioned matter, including setting the completion of percipient witness discovery for October 16, 2020. (CM/ECF Doc. No. 30). However, due to the parties' inability to reasonably complete depositions as a result of COVID-19-related restrictions, as well as the departure of AFC REALTY CAPITAL, INC.'s counsel of record, the parties wish to extend the deadline for percipient witness discovery, with remaining discovery and pretrial deadlines continued accordingly.

Based on the above, the parties HEREBY STIPULATE AND AGREE that the below-referenced case deadlines shall be modified as follows:

1. The deadline for percipient witness discovery shall be continued from October 16, 2020 to December 16, 2021;

///

1

2. Any expert witness disclosures shall be served not later than 60 days after the close of percipient witness discovery, and any party may serve supplemental disclosures (consistent with the substantive limitations imposed by the Federal Rules of Civil Procedure) within 30 days after initial expert disclosures;

3. Dispositive motions shall be filed no later than 60 days after the close of non- expert discovery; and

4. The parties shall file a Joint Notice of Trial Readiness not later than 30 days after receiving this Court's ruling on the last-filed dispositive motion.

IT IS SO STIPULATED.

DATED: October 5, 2020                WILKE FLEURY LLP

By: _____
DANIEL J. FOSTER
Attorneys for Plaintiff
AFC REALTY CAPITAL, INC.

DATED: October 5, 2020                REAL ESTATE LAW GROUP, LLP

By: _____
JASON L. HOFFMAN
Attorneys for Defendant
SUNDEEP S. DALE, et al.

**ORDER**

IT IS SO ORDERED.

Dated: October 13, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE