UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFC REALTY CAPITAL, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC.,<br><br>        Defendants. | Case No. 18-cv-02389-MCE-JDP<br><br>STIPULATION AND ORDER TO ELICIT TESTIMONY AND DOCUMENTS FROM FARM CREDIT WEST (12 C.F.R. 618.8330(b))<br><br>ECF No. 48 |

Plaintiff AFC REALTY CAPITAL, INC., Defendants SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC., and Third-Party Farm Credit West, by and though their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff AFC REALTY CAPITAL, INC. issued a Subpoena to Testify at a Deposition in a Civil Action (" Subpoena" ), to third party ANDREW FORAKER, a Farm Credit West employee, the above-captioned matter;

WHEREAS the Subpoena requested the production of deposition testimony and documents from Mr. Foraker, including confidential documents and information;

WHEREAS Farm Credit West is a federally chartered instrumentality and its operations are governed, in part, by the Farm Credit Act and Title 12 of the Code of Federal Regulations which generally covers banks and banking (the "Regulations");

1  WHEREAS under the Regulations, Farm Credit West is prohibited from disclosing
2  confidential documents or information about its borrowers absent a court order (12 CFR
3  618.8330(b));

4  WHEREAS the Regulations authorize the disclosure of credit information of a borrower
5  when the borrower consents in writing (12 CFR 618.8320(6));

6  WHEREAS the Farm Credit West's borrower, Defendant SUNDEEP S. DALE, consents
7  to the disclosure of certain credit information, and confidential documents and information sought
8  by the Subpoena as set forth herein;

9  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
10 their respective counsel, that Farm Credit West will produce its loan officer, Andrew Foraker, and
11 documents identified herein at deposition at a mutual convenient date and time, pursuant to Code
12 of Federal Regulations section 618.8330(b) on the following terms and conditions:

13 Farm Credit West need not produce documents or testimony relating to any attorney-client
14 communications or proprietary information. Farm Credit West need not, and shall not, produce
15 any information concerning other Farm Credit West borrowers not a party to this Stipulation and
16 Order. As for electronically stored information (ESI), the parties do not require Farm Credit West
17 to perform an extensive search of ESI.

18 With these limitations, Farm Credit West will produce the following categories of
19 documents:

20  1.  All emails, texts and documents exchanged between Farm Credit West and
21 SunDeep S. Dale between August 23, 2017 and the date SunDeep S. Dale submitted a loan
22 application to Farm Credit West pertaining to the California Fruit building including the
23 production of the actual loan application, term sheet and note.

24 Farm Credit West will also produce Mr. Foraker to testify at deposition on the following
25 topics:

26  1.  SunDeep S. Dale's loan application to Farm Credit West pertaining to the
27 California Fruit building including the terms of the loan and note, and regarding all documents
28 produced by Farm Credit West in response to the Subpoena.

2

DATED: July 22, 2021          DOWNEY BRAND LLP


By: _____
ASHLEY M. BOULTON
Attorney for Third Parties
ANDREW FORAKER and
FARM CREDIT WEST

DATED: July 22, 2021


By: _____
JAMES M. CARMAN
Attorney for Plaintiff

DATED: July 22, 2021


By: _____
JASON HOFFMAN
Attorney for Defendants


_____


**ORDER**

For good cause shown, the parties' stipulation, ECF No. 48, is approved and so ordered.

IT IS SO ORDERED.


Dated:   July 22, 2021           _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE