1 | WILKE FLEURY LLP
DANIEL J. FOSTER (SBN 238012)
2 | dfoster@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
3 | Sacramento, California 95814
Telephone:   (916) 441-2430
4 | Facsimile:   (916) 442-6664

5 | CARMAN, CALLAHAN & INGHAM, LLP.
JAMES M. CARMAN (ADMITTED PRO HAC VICE)
6 | jim@carmanlawteam.com
266 Main Street
7 | Farmingdale, New York 11735
Telephone:   (516) 249-3450
8 | Facsimile:   (516) 843-6390

9 | Attorneys for Plaintiff AFC Realty Capital, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| AFC REALTY CAPITAL, INC., | Case No. 2:18-cv-02389-MCE-EFB |
|---|---|
| Plaintiff, | **ORDER EXTENDING THE TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC and AMERICAN HOSPITALITY SERVICES, INC., | Judge:  Hon. Morrison C. England, Jr.<br>Date:   August 12, 2021<br>Time:   2:00 p.m.<br>Dept.:  7 |
| Defendants. | |

Having reviewed Plaintiff AFC REALTY CAPITAL, INC. request for an order extending the time for it to oppose the Motion for Summary Judgment filed by Defendants SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC and AMERICAN HOSPITALITY SERVICES, INC. (collectively "Defendants"), and good cause appearing therefor, IT IS HEREBY ORDERED:

Plaintiff's opposition to Defendants' Motion for Summary Judgment will be filed and served

1  not later than Friday, September 3, 2021.

2      The Defendants' reply to Plaintiff's opposition will be filed and served no later than Monday,

3  September 13, 2021.

4      IT IS SO ORDERED.

5  Dated: August 12, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE