WILKE FLEURY LLP
DANIEL J. FOSTER (SBN 238012)
dfoster@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:  (916) 441-2430
Facsimile:  (916) 442-6664

CARMAN, CALLAHAN & INGHAM, LLP.
JAMES M. CARMAN (ADMITTED PRO HAC VICE)
jim@carmanlawteam.com
266 Main Street
Farmingdale, New York 11735
Telephone:  (516) 249-3450
Facsimile:  (516) 843-6390

Attorneys for Plaintiff AFC Realty Capital, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AFC REALTY CAPITAL, INC., | Case No. 2:18-cv-02389-MCE-EFB |
| Plaintiff, | **JUDGMENT IN FAVOR OF AFC REALTY CAPITAL, INC.** |
| v. | |
| SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC and AMERICAN HOSPITALITY SERVICES, INC., | |
| Defendants. | |

## **JUDGMENT**

Pursuant to the Order of this Court granting summary judgment in favor of AFC REALTY CAPITAL, INC. in this matter:

**IT IS ADJUDGED THAT:**

1.  Plaintiff AFC REALTY CAPITAL, INC. recover the sum of three hundred and sixty five thousand four hundred and seventy four dollars and zero cents ($365,474.00) from the

Defendants SUNDEEP S. DALE, ROHIT RANCHHOD, DALE INVESTMENTS, LLC, CALIFORNIA FRUIT BUILDING, LLC and AMERICAN HOSPITALITY SERVICES, INC.;

2. Plaintiff AFC REALTY CAPITAL, INC. recover prejudgment interest at the statutory interest rate of ten percent (10%) from the date of breach on August 23, 2017, through the entry of judgment, in the total sum of $553,417.76, including the principal amount and interest;

3. Plaintiff AFC REALTY CAPITAL, INC. recover costs of suit; and

4. This judgment bears interest at the judgment rate of 2.79% per annum until satisfied.

IT IS SO ORDERED.

DATED: October 15, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE