**REAL ESTATE LAW GROUP LLP**
JASON L. HOFFMAN (Bar No. 179924)
700 University Ave., Suite 100
Sacramento, California 95825
Telephone: (916) 484-2600
Facsimile: (916) 484-2601
E-Mail: jhoffman@relglaw.com

C. ATHENA ROUSSOS (Bar No. 192244)
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
Telephone: (916) 670-7901
Facsimile: (916) 670-7921
E-Mail: athena@athenaroussoslaw.com

Attorneys for Defendants Sundeep S. Dale,
Rohit Ranchhod, Dale Investments, LLC,
Sundeep Dale, LLC, California Fruit Building, LLC,
and American Hospitality Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| AFC REALTY CAPITAL, INC.<br><br>Plaintiff<br><br>v.<br><br>SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC.<br><br>Defendants<br><br>COUNTERCLAIM | Case No. 2:18-cv-02389-MCE-EFB<br><br>**STIPULATION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL UPON POSTING OF SECURITY AND FOR DEPOSIT OF FUNDS WITH COURT AND ORDER**<br><br>*Fed. R. Civ. P. 62; Local Rule 151* |

1

STIPULATION FOR STAY OF EXECUTION OF
JUDGMENT PENDING APPEAL UPON POSTING
OF SECURITY AND FOR APPROVAL OF
DEPOSIT OF FUNDS WITH COURT AND ORDER

The parties, by and through their counsel of record, hereby stipulate to the following in this matter:

1. Enforcement of the judgment entered on October 17, 2022, in the amount of $553,417.76 in favor of Plaintiff AFC Realty Capital, Inc. (Dkt. 78) and the award of cost entered on November 7, 2022, in the amount of $3,957.40 (Dkt. 80) shall be stayed upon the deposit of security with the Court as stated below.

2. Defendants shall, upon approval of the Court, deposit with the registry of the Court a cashier's check in the amount of $696,718.95, or 125 percent of the judgment, in accordance with Local Rules 150 and 151, in lieu of a supersedeas bond.

3. The stay of enforcement of the judgment shall continue until issuance of the mandate from the Ninth Circuit Court of Appeals or otherwise stipulated by the parties.

4. If the judgment, or any part, is affirmed, or if the appeal from this judgment is withdrawn or dismissed, then upon issuance of the mandate from the Court of Appeals, the Clerk of the Court will be authorized to disburse from the funds deposited by Defendants noted above the amount directed to be paid by such judgment, or the part of such amount as to which the judgment is affirmed if affirmed only in part, together with interest that may be due thereon and all costs awarded against Defendants on appeal, unless the parties otherwise stipulate. The remainder of the deposit, if any, shall be returned to Defendants.

5. Upon exoneration of the deposit, if the judgment is reversed in full or upon stipulation of the parties, the deposit shall be returned by the Clerk to Defendants.

6. Plaintiff AFC Realty Capital, Inc. agrees not to take steps to enforce the judgment until the Court has determined whether to approve the deposit of funds and stay of execution of the judgment.

[SIGNATURES ON FOLLOWING PAGE]

2

STIPULATION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL UPON POSTING OF SECURITY AND FOR APPROVAL OF DEPOSIT OF FUNDS WITH COURT AND ORDER

CARMAN, CALLAHAN & INGHAM, LLP

Dated:  December 9, 2022          By:   /s/ James M. Carman
                                        James M. Carman
                                        Attorney for Plaintiff
                                        AFC Realty Capital, Inc.


Dated:  December 9, 2022          By:   /s/ C. Athena Roussos
                                        C. Athena Roussos
                                        Attorney for Defendants
                                        Sundeep S. Dale, Rohit Ranchhod, Dale
                                        Investments, LLC, Sundeep Dale, LLC,
                                        California Fruit Building, LLC, and
                                        American Hospitality Services, Inc.

IT IS SO ORDERED.

DATED:  December 14, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3

STIPULATION FOR STAY OF EXECUTION OF
JUDGMENT PENDING APPEAL UPON POSTING
OF SECURITY AND FOR APPROVAL OF
DEPOSIT OF FUNDS WITH COURT AND ORDER