**REAL ESTATE LAW GROUP LLP**
JASON L. HOFFMAN (Bar No. 179924)
700 University Ave., Suite 100
Sacramento, California 95825
Telephone: (916) 484-2600
Facsimile:   (916) 484-2601
E-Mail: jhoffman@relglaw.com

C. ATHENA ROUSSOS (Bar No. 192244)
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
Telephone: (916) 670-7901
Facsimile:   (916) 670-7921
E-Mail: athena@athenaroussoslaw.com

Attorneys for Defendants Sundeep S. Dale, Rohit Ranchhod, Dale Investments, LLC, Sundeep Dale, LLC, California Fruit Building, LLC, and American Hospitality Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| AFC REALTY CAPITAL, INC.<br><br>Plaintiff<br><br>v.<br><br>SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC.<br><br>Defendants<br><br>COUNTERCLAIM | Case No. 2:18-cv-02389-MCE-JDP<br><br>**AMENDED ORDER FOR DEPOSIT OF FUNDS WITH THE COURT** |

1

Defendants Sundeep S. Dale, Dale Investments, LLC, Sundeep Dale, LLC, California Fruit Building, LLC, and American Hospitality Services, Inc. ("Defendants") have requested, pursuant to a stipulation of the parties, to deposit funds with the Court as security for a stay of enforcement of the judgment issued in this case on October 17, 2022 in the amount of $553,417.76, rendered by the Honorable Morrison C. England, Jr., in favor of Plaintiff AFC Realty Capital, Inc., and for the costs awarded of $3,957.40 on November 7, 2022.

Defendants Sundeep S. Dale and Rohit Ranchhod have executed an Affidavit for Deposit of Funds as Security for Appeal and seek approval to deposit 125 percent of the judgment and costs, in the amount of $696,718.95, in accordance with the Court's procedures.

Good cause appearing, IT IS HEREBY ORDERED THAT:

Defendants Sundeep S. Dale and Rohit Ranchhod are approved to deposit 125 percent of the judgment and costs to the Court's Deposit Fund, in the amount of $696,718.95, in the form of a cashier's check made to the "United States District Court." These funds are to remain in the Court's Deposit Fund until further order of the court.

IT IS SO ORDERED.

DATED:  December 14, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE