UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFC REALTY CAPITAL, INC., | No. 2:18-cv-02389-MCE-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC., | |
| Defendants. | |

Plaintiff's Motion to Correct the Record (ECF No. 93) is GRANTED.

IT IS HEREBY ORDERED THAT, the record is corrected to include the following, and the following materials shall be entered in the docket:

1. From the deposition of Sundeep S. Dale: pages 1-5, 6, 15, 18, 19, 21, 23, 24, 25, 28, 29, 31, 35, 36, 37, 38, 50, 54, 61, 71, 97-100 attached as Exhibit "C" to Plaintiff's Motion to Correct Record.

///

///

///

1

2. From the deposition of Rohit Ranchhod: pages 1-5, 8, 9, 10, 14, 19, 20, 22, 28, 29, 31, 34, 35, 36, 37, 44, 45, 62-65 attached as Exhibit "D" to Plaintiff's Motion to Correct Record.

IT IS SO ORDERED.

Dated: October 3, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2