**REAL ESTATE LAW GROUP LLP**
JASON L. HOFFMAN (Bar No. 179924)
700 University Ave., Suite 100
Sacramento, California 95825
Telephone: (916) 484-2600
Facsimile: (916) 484-2601
E-Mail: jhoffman@relglaw.com

C. ATHENA ROUSSOS (Bar No. 192244)
Attorney at Law
9630 Bruceville Road, Suite 106-386
Elk Grove, CA 95757
Telephone: (916) 670-7901
Facsimile: (916) 670-7921
E-Mail: athena@athenaroussoslaw.com

Attorneys for Defendants Sundeep S. Dale,
Rohit Ranchhod, Dale Investments, LLC,
Sundeep Dale, LLC, California Fruit Building, LLC,
and American Hospitality Services, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| AFC REALTY CAPITAL, INC.<br><br>Plaintiff<br><br>v.<br><br>SUNDEEP S. DALE; ROHIT RANCHHOD; DALE INVESTMENTS, LLC; SUNDEEP DALE, LLC; CALIFORNIA FRUIT BUILDING, LLC; and AMERICAN HOSPITALITY SERVICES, INC.<br><br>Defendants<br><br>COUNTERCLAIM | Case No. 2:18-cv-02389-MCE-EFB<br><br>**STIPULATION FOR DISBURSEMENT OF FUNDS ON DEPOSIT WITH COURT FOLLOWING APPEAL AND ORDER**<br><br>*Fed. R. Civ. P. 62; Local Rule 151* |

The parties, by and through their counsel of record, hereby stipulate to the following in this matter:

1. On or about January 2 and 3, 2023, Defendants deposited the total sum of $696,718.95 with the Court, in the Court's Deposit Fund, pursuant to the Parties' stipulation and Orders of the Court, in accordance with Local Rules 150 and 151, in lieu of a supersedeas bond. See Dkt. 88 (stipulation and order) and 89 (amended order).

2. As the judgment has now been affirmed by the Ninth Circuit Court of Appeals, the Parties agree that the Clerk of the Court is authorized to and shall disburse from the funds deposited by Defendants noted above the amount of **$576,578.18**, which includes the judgment and post-judgment interest, to Plaintiff AFC Realty Capital, LLC.  The check shall be payable to Arthur Fefferman and Carman, Callahan & Ingham LLP as attorneys, and mailed to Carman, Callahan & Ingham LLP, 266 Main Street, Farmingdale, New York 11735.

3. The Parties agree that the Clerk of the Court is authorized to and shall disburse the remainder of the funds, totaling **$120,140.77**, to Defendants.  The disbursement shall be made as follows:  $60,070.39 shall be disbursed with the check payable to Sundeep S. Dale, mailed to Sundeep S. Dale, 1535 Richland Rd., Yuba City, California 95993; and $60,070.38 shall be disbursed with the check payable to American Hospitality Services, Inc., mailed to American Hospitality Services, Inc., 9500 Aquafina Court, Elk Grove, California 95624.

IT IS SO STIPULATED.

CARMAN, CALLAHAN & INGHAM, LLP

Dated:  May 7, 2024     By:   /s/ James M. Carman
　　　　　　　　　　　　　　　　James M. Carman
　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　AFC Realty Capital, Inc.

[SIGNATURE CONTINUES ON NEXT PAGE]

Dated: May 7, 2024      By:    /s/ C. Athena Roussos
                C. Athena Roussos
               Attorney for Defendants
               Sundeep S. Dale, Rohit Ranchhod, Dale
               Investments, LLC, Sundeep Dale, LLC,
               California Fruit Building, LLC, and
               American Hospitality Services, Inc.

IT IS SO ORDERED.

Dated: May 13, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE